## NOLAN v. STATE.
### No. 25518.

Court of Criminal Appeals of Texas.
Nov. 28, 1951.

No attorney on appeal, for appellant.

Henry Wade, Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is robbery; the punishment, 35 years.

There being no statement of facts or bills of exception in the record, the judgment of the trial court is affirmed.